# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Wendell C. Cooper,

       Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                                    3:03-cv-152

Charlotte-Mecklenburg Board of Education,

       Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 13, 2006 Order.

**Signed: September 13, 2006**

Frank G. Johns, Clerk
United States District Court